182 So.2d 660

**TRUNKLINE GAS COMPANY et al.**

**v.**

**J. Wesley STEEN et al., Daisy Steen Morgan, et al.**

**No. 48008.**

Dec. 16, 1965.

In re: J. Wesley Steen, etc., et al., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 179 So.2d 546.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

182 So.2d 660

**The STERLINGTON BANK**

**v.**

**TERZIA LUMBER & HARDWARE, INC., et al.**

**No. 48016.**

Feb. 23, 1966.

In re: The Sterlington Bank applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 180 So.2d 16.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.